**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Norman Vose,<br><br>    Plaintiff,<br><br>vs.<br><br>Michael Astrue,<br>Commissioner of Social Security Administration,<br><br>    Defendant. | No. CV-07-0834-PHX-LOA<br><br>**SCHEDULING ORDER**<br>**SOCIAL SECURITY** |

Pursuant to Local Rule 16.2, LRCiv, Rules of Practice, effective December 1, 2006 of the Rules of Practice of the U. S. District Court for the District of Arizona, this action, commenced on April 20, 2007 and is designated an expedited track case. Accordingly,

1. Plaintiff shall file any desired motions, including a motion for summary judgment, within (30) days from the filing of the answer and record herein.

2. Defendant shall file its response and any desired motions, and plaintiff shall file the applicable reply or response, pursuant to Local Rule 7.2, LRCiv, Rules of Practice, effective December 1, 2006.

3. Unless otherwise ordered by the court, the matter shall be deemed submitted when all motions, responses, and replies have been timely filed. In the event a motion for summary judgment is filed and the Court would find it helpful to schedule oral argument it may do so if any Reply has been filed.

1      4. Absent any pending dispositive motions, this case may be dismissed as prescribed in
2  Local Rule 41.1, LRCiv, Rules of Practice, effective December 1, 2006.
3      DATED this 9th day of May, 2007.

                                  */s/ Lawrence O. Anderson*
                                  Lawrence O. Anderson
                                  United States Magistrate Judge